AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KEVIN HUSSAIN HOMAUNE**

**DOB: 8/3/1966**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

(1) Between on or about **July 9, 2010, and on or about October 28, 2010,** in _____ county, in the District of **COLUMBIA and elsewhere,** defendant(s), (Track Statutory Language of Offense)

did unlawfully and knowingly retain a child (who had been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights, in violation of Title **18** United States Code, Section(s) **1204**;

I further state that I am **Special Agent Robinson N. Blake**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**  ☒ Yes  ☐ No

Signature of Complainant
**Robinson N. Blake, Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

_____ at **Washington, D.C.**
Date                         City and State

_____      _____
**Name & Title of Judicial Officer**    **Signature of Judicial Officer**